1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7

8
JOYCE CAROLYN HOWELL,                    Case No.  C17-5830-BHS-JPD

9
                          Plaintiff,

10
        v.                                              ORDER GRANTING PLAINTIFF'S
                                                        APPLICATION TO PROCEED *IN*
11
NANCY A. BERRYHILL, Acting               *FORMA PAUPERIS*
Commissioner of Social Security,
12
                          Defendant.
13

14
        After careful consideration of plaintiff's application to proceed *in forma pauperis*

15
("IFP"), the governing law, and the balance of the record, the Court ORDERS:

16
        (1)     Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED.  Plaintiff does not

17
appear to have funds available to afford the $400.00 filing fee.

18
        (2)     The Clerk of the Court is directed to send a copy of this Order to plaintiff's

19
counsel, and to issue summonses to plaintiff's counsel to enable proper service of the

20
complaint on the appropriate parties.  Plaintiff shall note that it is plaintiff's attorney's

21
responsibility to serve copies of the complaint properly along with appropriate summonses as

22
required by Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff may effectuate service

23
electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the

24
summons and complaint, along with plaintiff's identifying information, by email to

ORDER - 1

USAWAW.SSAClerk@usdoj.gov.  A certificate of service must also be promptly filed with the Court.

DATED this 19th day of October, 2017.

_James P. Donohue_
JAMES P. DONOHUE
Chief United States Magistrate Judge