# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYCE CAROLYN HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>　　　　Defendant. | Case No. C17-5830-BHS-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall clarify plaintiff's past relevant work as a cashier and reevaluate whether she could perform her past relevant work at step four and, if necessary, other work at step five of the sequential evaluation, with the assistance of a vocational expert.

Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

1    Because the parties have stipulated that the case be remanded as set forth above, the
2  Court recommends that the Honorable Benjamin H. Settle immediately approve this Report and
3  Recommendation. The Clerk should note the matter for **May 7, 2018** as ready for Judge Settle's
4  consideration. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of May, 2018.

JAMES P. DONOHUE
United States Magistrate Judge