# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYCE CAROLYN HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>　　　　Defendant. | Case No. C17-5830-BHS<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the plaintiff's complaint, the parties' Stipulated Motion for Remand, and the Report and Recommendation of the Honorable James P. Donohue, does hereby find and ORDER:

(1)　The Court adopts and approves the Report and Recommendation.

(2)　The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

DATED this 7th day of May, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER